**FILED**
JAN 0 7 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Jared Stubblefield
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

State of Illinois
P.O. Celani S J
bag # 3723
P.O. Tucker J L
bag # 5542

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: 1:14-CV-07351
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**      <u>**AMENDED COMPLAINT**</u>

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Jared Stubblefield

B. List all aliases: _____

C. Prisoner identification number: _____

D. Place of present confinement: _____

E. Address: 6011 S. Damen Chicago IL 60636

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: S J Celani #3733

Title: Police Officers

Place of Employment: 6120 S. Racine chicago, IL 60636

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 1:14—CV—07351

B. Approximate date of filing lawsuit: ~~[crossed out]~~

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: J L Tucker and S J Celani

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): federal court

F. Name of judge to whom case was assigned: The Honorable John J. Tharp, Jr.

G. Basic claim made: Civil rights

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): still pending

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was pull over by these two police. Which asked for license and insurance. It showed them valid proof that I can drive the car. They still asked me to get out the car. So I got out the car and was put in hand cuffs first. One of the officers pulled me to the sidewalk while the other was checking the car. The officer that had me tryed to pull down my jeans to look down my privates. I told him "he can't do that." So he pull down my pants again and saw some plastic under my private part and then tripped me to the grown call the other officer back to beat me up. They officer from the car ran back from the car to me and attackled me while I was already down and spit in my face and said "we got you motherf...er." so the police men start kicking me in my face, standing on top of my head and kick so I can stay down so the other police could punish me in my rib. After a while of getting beat up it was some more police coming so over police car the pull up the first to officers asked did their car have a camera

on it. After like for police cars pulled up none had cameras on them, so they keep beating me up. So they turn me over and take the plastic bag from under my private parts and left me up. to check me some more the first officer that check me just went for my private parts. So they pulled down my pants to my ness to check if I had anything else. The officer put on gloves to check me but put his finger up my anus entering inside of me causing me to move my body and another officers punishs me again in the face telling me to stop moving the officers didn't find nothing else. so they put me in the car to takem the police station. And a assisting off was threatning me that he will tass me for no reason through the whole time he arrived at the seen.

Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

mak the city of chicago be acontibol for what the officers they put onthe street do. To pay my hospital bills and have the chicao police department pay me 20 million dollars for the harm they did to me.

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___07___ day of ___01___, 20_15_

_____
(Signature of plaintiff or plaintiffs)

Jared Stubblefield
(Print name)

_____
(I.D. Number)

6011 S. Damen
Chicago IL 60636
(Address)

Revised 9/2007