# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Jared Stubblefield

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

S. A. Sabatino badge #9862
Chicago police officer
and city of chicago
S.J. Celani
J.L. Tucker

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**FILED**

MAR 0 5 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No: 14-CV-07351
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**          **AMENDED COMPLAINT**

_____  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

_____  OTHER (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

I. **Plaintiff(s):**

A. Name: Jared Stubblefield

B. List all aliases: _____

C. Prisoner identification number: _____

D. Place of present confinement: _____

E. Address: 6011 S. Damen

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Officers: Rodriguez, Wilson, Ballauer, Buzak, Raines

Title: Chicago Polices Officers

Place of Employment: 1410 w. 63rd St / 6120 S Racine Ave chicago IL 60636

B. Defendant: Sanders, and Sabatino

Title: Chicago Polices Officers

Place of Employment: 1410 W. 63rd St / 6120 S. Racine Ave chicago Il 60636

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A.    Name of case and docket number: __14-CV-0735l__

    B.    Approximate date of filing lawsuit: _____

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D.    List all defendants: _____

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F.    Name of judge to whom case was assigned: __Honorable John J. Tharp Jr__

    G.    Basic claim made: _____

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __Pending__

    I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

These are the police officers that assisted in my arrest. Which witness me get my pants pulled down and incorrectly seached. I was in the middle of street getting fingered in my butt.

**V.     Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_____
_____
_____
_____
_____
_____

VI.     The plaintiff demands that the case be tried by a jury.  ☐ YES     ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __05__ day of __March__, 20__15__

_Jared Stubblefield_
(Signature of plaintiff or plaintiffs)

_Jared Stubblefield_
(Print name)

_____
(I.D. Number)

_6011 S. Damen Ave._
_Chicago, IL 60636_
(Address)