IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JARED STUBBLEFIELD,** | ) CASE NO: 14 C 7351 |
| | ) |
| **PLAINTIFF,** | ) |
| | ) **JUDGE THARP** |
| v. | ) |
| | ) |
| **SCOTT CELANI #3733,** | ) |
| **Chicago Police Officer, Individually,** | ) |
| **and** | ) |
| **JAMES TUCKER #5542,** | ) |
| **Chicago Police Officer, Individually,** | ) |
| | ) |
| **DEFENDANTS.** | ) |

## INITIAL DRAFT PRETRIAL ORDER

This matter having come before the Court at a pretrial conference held pursuant to Fed. R. Civ. P. Rule 16, and L.R. 16.1, the following actions were taken:

**1.    JURISDICTION**

This action is brought pursuant to 42 U.S.C. Section 1983 to redress the alleged deprivation under color of law of plaintiff's rights as secured by the Fourth and Fourteenth Amendments to the United States Constitution. Jurisdiction of the Court is invoked pursuant to 28 U.S.C. §§ 1331. Federal subject-matter Jurisdiction is not disputed.

**2.    TRIAL ATTORNEYS**

**Plaintiff**: Patricia E. Bender, Attorney at Law, 5415 N. Sheridan Rd. Suite 1411, Chicago, Illinois 60640, 773-878-7148.

**Defendants**: Devlin J. Schoop, Senior Counsel and Gregory M. Beck, Assistant Corporation Counsel, City of Chicago, Department of Law, 30 North LaSalle Street, Suite 900, Chicago, Illinois

1

60602, 312-742-5146 (Beck) and (312) 742-7042 (Schoop)[1]

## 3. CASE STATEMENTS[2]:

### A. Plaintiff's Proposed Statement of the Case

Plaintiff, Jared Stubblefield, 28 years of age, was stopped by the defendants, Scott Celani, and James Tucker, plainclothes Chicago police officers, as he drove his vehicle on 59th Hoyne Chicago, Illinois, on the night of March 6, 2013. The defendants had no warrant for the plaintiff's arrest and the plaintiff was not committing a crime. After ordering plaintiff out of his car, the defendants handcuffed plaintiff, searched plaintiff, tripped plaintiff forcing him to the ground, beat and kicked plaintiff repeatedly while he was lying handcuffed on the ground, and forcibly digitally penetrated plaintiff in the anus. Plaintiff was taken to a hospital by members of the Chicago police department, where he received treatment for bruises and abrasions about the body. The defendants placed charges against the plaintiff. The charges were not prosecuted and were dismissed.

The Fourth and Fourteenth Amendments to the United States Constitution guarantees an individual the right to be free from unreasonable search and seize, and to be free from the use of excessive force by those acting under color of the law. The defendants in this case, acting under color of law, as Chicago Police Officers violated the rights guaranteed to Jared Stubblefied. under the Fourth and Fourteenth Amendment. The federal laws allows a person to seek redress for violations of rights guaranteed under the United States Constitution. In this instance, that law is known as Section 1983. The plaintiff has brought this action under Section 1983 seeking redress for violation of his constitutional right to be free of unreasonable search and seizure and to be free from the use of excessive force by the defendants acting under color of the Chicago Police Department.

The defendants admit that they stopped plaintiff, that they ordered plaintiff out of his car, that

---

[1] Counsel will provide their cell phone numbers to the courtroom deputy.
[2] The parties could not reach agreement on the proposed statement of the case. As such, alternative versions are being proposed for the consideration of the court.

2

plaintiff has rights under the Fourth and Fourteenth Amendment, and that they acted under color of the Chicago Police Department. The defendants deny that they conducted an unreasonable search and seizure and that they used excessive force on the plaintiff. The defendants claim that they acted as reasonable police officers.

### B. Defendants' Proposed Statement of the Case

On March 6, 2013, Plaintiff Jared Stubblefield was arrested by the defendants, Chicago police officers Scott Celani and James Tucker, for possession of a controlled substance, resisting arrest, and improper use of a turn signal. The plaintiff claims that the defendants conducted an unreasonable search and seizure and used excessive force against him. The defendants deny each of these claims.

## 4. WITNESS LISTS:

### PLAINTIFF:

**(a) Plaintiff will call the following witnesses:**

1. Jared Stubblefield.

No objection

2. Jeromey Randle.

No objection

3. Scott Celani (adverse).

No objection

4. James Tucker (adverse).

No objection

**(b) Plaintiff may call the following witnesses:**

1. Marvin Bloom.

Objection: Relevance.

2. Ellen Stubblefield

3

No objection.

    3. Emile Cambry, M.D.

No objection.

    4. Rostyslav Swajkun. M.D.

No objection.

### (c) Witness testimony by deposition or prior testimony

Prior testimony by defendants to the Independent Police Review Authority's Office for impeachment purposes

Objection. This section is designated for testimony that the parties intend to read into the record as evidence.

### **DEFENDANTS:**

### (a) Defendants will call the following witnesses:

1. Jared Stubblefield

2. James Tucker

3. Scott Celani

4. Mark Vaccarro

5. Rostyslav Szwajkun

### (b) Defendant may call the following witnesses:

1. James Ballauer

2. Edyta Rodriguez

### (c) Witness testimony by deposition or prior testimony

None currently anticipated.

4

## 5. EXHIBIT LISTS

### PLAINTIFF'S EXHIBIT LIST

| Exhibit Number | Description | Objection | Admissibility |
|---|---|---|---|
| 1 | Chart stating language of Fourth Amendment to the United States Constitution | Objection: Jury instructions will advise the jury as to the law | |
| 2 | Chart stating language of Fourteenth Amendment to the United States Constitution | Objection: Jury instructions will advise the jury as to the law | |
| 3 | Photograph of Jared Stubblefield taken by Chicago Police Department showing bruises fo left side of face and left shoulder 03/06/13 | Objection: Plaintiff has yet to identify which specific photographs of the numerous photographs produced in discovery | |
| 4 | Photograph of Jared Stubblefield taken by Chicago Police Department showing bruises to right side of face 03/06/13 | Objection: Plaintiff has yet to identify which specific photographs of the numerous photographs produced in discovery | |
| 5 | Photograph of Jared Stubblefield taken by Chicago Police Department showing busted lip and brusises to both sides of face and neck 03/06/13 | Objection: Plaintiff has yet to identify which specific photographs of the numerous photographs produced in discovery | |
| 6 | Medical Records from Holy Cross Hospital 03/06/13 | Objection: Foundation | |
| 7 | Medical Records from Mount Sinai Hospital 03/06/13 | Objection: Not produced in discovery | |
| 8 | Chart showing similar excessive force/ unnecessary physical contact, search w/o warrant disciplines/ | Objection: FRE 401, 403, 404(b) | |

| | complaints, and civil lawsuits against defendant Scott Celani (Hall v. Celani), 404(b),403 | | |
|---|---|---|---|
| 9 | Chart showing similar excessive force/unnecessary physical contact, search w/o warrant disciplines/complaints, and civil lawsuits against defendant James Tucker (Hall v. Tucker), 404(b), 403 | Objection: FRE 401, 403, 404(b) | |
| 10 | Plaintiff's Discovery Requests to Defendants | | |
| 11 | Defendant's Response to Plaintiff's Discovery Requests | | |
| 12 | City of Chicago's Response to Plaintiff's Request for audio/video | | |

## DEFENDANTS' EXHIBIT LIST

| Exhibit Number | Description | Objection | Admissibility |
|---|---|---|---|
| 1 | Plaintiff's Complaint 09/23/14 | *See* pending motion *in limine* | |
| 2 | Plaintiff's Amended Complaint 01/07/15 | *See* pending motion *in limine* | |
| 3 | Plaintiff's Second Amended Complaint 05/11/17 | *See* pending motion *in limine* | |
| 4 | Plaintiff's Responses to Defendants Interrogatories 12/08/15 | None | |
| 5 | Plaintiff's Statement to the Independent Police Review Authority 02/11/14 | None | |

6

| 6 | Deposition of Plaintiff 02/01/16 | None | |
|---|---|---|---|
| 7 | Deposition of Ellen Stubblefield 04/28/16 | None | |
| 8 | Deposition of Jeromey Randle 05/19/16 | None | |
| 9 | Audio recording of Administrative Hearing in 13VP004459 (FCRL 104) 04/26/13 | None | |
| 10 | Department of Administrative Hearing Order in 13VP004459 (FCRL 103) 04/26/13 | None | |
| 11 | Arrest report (FCRL 1-5) 03/06/13 | Hearsay | |
| 12 | Inventory Sheets (FCRL 6-7) 03/06/13 | *See* pending motion *in limine* | |
| 14 | Original Case Incident Report (FCRL 9-11) 03/06/13 | Hearsay | |
| 15 | Mugshots (FCRL 16) 03/06/13 | *See* pending motion *in limine*/Relevance | |
| 16 | Booking Photos (FCRL 17-19) 03/06/13 | *See* pending motion *in limine*/Relevance | |
| 17 | Administrative Notice of Violation (FCRL 110) 03/06/13 | Relevance | |
| 18 | Report of the Proceedings in 13MC110608701 (FCRL 99-102) 03/27/13 | None | |
| 19 | Medical Records from Holy Cross Hospital 03/07/13 | None | |

7

|  | 03/08/13 |  |  |
|---|---|---|---|

## 6. ITEMIZATION OF DAMAGES

**A.** Compensatory - Physical, and mental suffering, humiliation, emotional distress $75,000.00.

**B.** Punitive -disregard of plaintiff's constitutional rights - $ $100,000.00

## 7. MOTIONS *IN LIMINE*:

Plaintiff's Motions *In Limine* at **Exhibit 1**

Defendants' Motions *In Limine* at **Exhibit 2**

## 8. PROPOSED VOIR DIRE:

| **PLAINTIFF'S QUESTIONS** | **OBJECTIONS** |
|---|---|
| 1. Do you believe in the United States Constitution? | None |
| 2. Have you ever been in court under any circumstances, including as a witness, or merely as an observer, or with friends? | None |
| 3. Have you ever been a party to a lawsuit? | None |
| 4. Has anyone in your family ever been a party to a lawsuit? | None |
| 5. Do you have friends or relatives who are lawyers or judges? | None |
| 6. Have you or anyone in your family ever served in the military? | None |
| 7. What is your source for news? How often do you read a newspaper? How often to you watch the news on television? | None |
| 8. Have you ever taken an active interest in politics, other than voting? Have you ever worked for a campaign for somebody running for office? | Objection. Improperly probes into political affiliations and/or beliefs that are immaterial to the issues at hand and constitute an impermissible invasion of juror privacy. |
| 9. Have you ever had any affiliation with the City of Chicago? | Objection: vague. |
| 10. Do you have any relatives or friends who are employees of, or have | None. |

8

| | |
|---|---|
| worked for the City of Chicago, or affiliated with Chicago in any way? | |

| | |
|---|---|
| 11. Have you ever worked as a police officer, security guard, or in law enforcement in any capacity? | None. |
| 12. Do you have any relatives or friends who are police officers, or have been police officers? | None. |
| 13. Would you be inclined to believe the testimony of a police officer over a civilian simply because that person is a police officer? | None. |
| 14. Do you feel the police are treated unfairly by the media and get too much bad publicity? | None. |
| 15. Do you think the police are sued too much? | None. |
| 16. Do you think its wrong to sue a police officer? | None. |
| 17. Do you think that its wrong to allow civilians to bring lawsuits against police officers challenging the manner in which they do their job? | None. |
| 18. Do you think that police officers, like everyone else, are capable of making mistakes? Do you think that police officers, like everyone else, should be held responsible for damages and injuries caused by their mistakes? | None. |
| 19. Because of your respect for and appreciation of the police, would it be hard for you to find that a police officer did something wrong and hold him accountable? | None. |
| 20. Have you ever participated in any type of "support the local police" campaign? | None. |

| | |
|---|---|
| 21. Do you have any views about the crime problem in Chicago? Do you think the police should just be left alone to do their job and fight crime? | None. |
| 22. Do you think society has become too soft on | Objection: argumentative and could be perceived |

9

| | |
|---|---|
| crime? | as unwarranted harassment of the potential jury pool |
| 23. We all have great respect for police officers. But is there anyone here who feels that police officers are so special that they can do no wrong? | Objection: argumentative, cumulative and duplicative of earlier questions. |

| | |
|---|---|
| 24. Have you posted a comment online to a news story regarding the police? | None. |
| 25. What are you feelings about our court system which allows juries to resolve disputes and allegations of misconduct? Do you think that there are too many frivolous lawsuits? Do you think that juries award too much money? | Objection: argumentative and duplicative of questions 15 and 16. |
| 26. Do you think that emotional distress or pain and suffering is something that you could not give money damages for? | None. |

| | |
|---|---|
| 27. The burden of proof in this case is preponderance of the evidence. Can you apply that standard? Do you think its unfair to the Defendants? | Objection: the court will instruct the jury on the law and can inquire about whether a juror has any reason that he or she cannot follow the law. |
| 28. Do you think that the police receive any kind of special training about how to testify in court? 29. Some people think that even though the police make mistakes and arrest the wrong person or use more force than necessary, that is the price we have to pay for police protection. What is your opinion about that? | Objection: argumentative and implicitly attempting to argue disputed facts in contention to the jury. |
| 30. Have you ever been in a situation in which you felt you were treated unfairly by the police? | None. |

| DEFENDANTS' QUESTIONS | OBJECTIONS |
|---|---|
| Do you have a negative opinion about the Chicago Police Department, Chicago police officers or any law enforcement agency or officers? | None |

10

| | |
|---|---|
| Are you aware of any negative opinions by a close friend or family member about Chicago Police Department, Chicago police officers or any law enforcement agency or officers? | None |
| Have you, a member of your family or a close friend ever had an unpleasant experience with a police officer or other law enforcement officer? | None |
| Do you have a negative opinion about the City of Chicago or any municipality? | None |
| Are you aware of any negative opinions by a close friend or family member about the City of Chicago or any municipality? | None |
| Have you, a member of your family or a close friend ever had an unpleasant experience with any department within the City of Chicago? | None |
| Have you or a family member or a close friend ever sued, filed a complaint or claim against any police officer, law enforcement agency or municipality? | None |
| Have you, a family member or a close friend ever been arrested? | None |
| Can you follow the law that the court will give you even if you personally disagree with it? | None |
| Is there anyone that is unable to completely set aside their sympathy when deciding this case? | None |
| Is there anyone that has a problem with the concept that the plaintiff is the only one with the burden of proof in this case? | None |
| Is there anyone that will be unable to hold the plaintiff to prove his burden of proof? | None |
| Are any members of your family or close friends attorneys? If yes, what type of law do they practice? | None |
| Are you a member of a civic group or organization? | None |
| Have you ever served on a jury before? If yes, was it civil or criminal? Were you a foreperson? | None |
| Have you, family member or close friend ever been involved in a lawsuit or a court-related proceeding, whether as a party or witness? | None |
| Do you believe that just because someone filed a lawsuit that they are entitled to money? | None |

| Is there anyone unable to sit in judgment of a person? | None |
|---|---|
| Have you ever written a letter to a newspaper editorial board and/or blog express an opinion on a subject? If so, what was the subject matter and the gist of your letter? | None |
| Do you have a bumper sticker on your car, motorcycle, bicycle or other means of personal transportation? If so, what does it say or depict? | None |

## 9. JURY INSTRUCTIONS

Parties' Agreed Jury Instructions at **Exhibit 3**

Plaintiff's Proposed Jury Instructions and Verdict Form at **Exhibit 4**

Defendants' Proposed Jury Instructions and Verdict Form at **Exhibit 5**

**DATED:**   September 15, 2017

Respectfully submitted,

On behalf of Plaintiff,

/s/ Patricia S. Bender
Patricia E. Bender, Esq.
5415 N. Sheridan Road
Suite 1411
Chicago, Illinois 60640
(773) 878-7148

On behalf of Defendants

/s/ Devlin J. Schoop
Devlin J. Schoop
Gregory M. Beck
City of Chicago Law Department
30 North LaSalle Street
Suite 900
Chicago, IL 60602
(312) 742-7042 (Schoop)
(312) 742-5146 (Beck)

12