UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JARED STUBBLEFIELD,<br>    PLAINTIFF, | ) CASE NO: 14-cv-07351<br>)<br>) JUDGE: JOHN J. THARP JR.<br>) |
| v. | )<br>) |
| CITY OF CHICAGO, ET. AL.,<br>    DEFENDANTS. | )<br>) |

**EMERGENCY MOTION FOR
RELIEF FROM ASSIGNMENT**

NOW COMES Movant, Patricia E. Bender, assigned counsel for Plaintiff, JARED STUBBLEFIELD, moving pursuant to L.R.83.38(3) for relief from assignment, and in support thereof states:

1. That pending before the Court is the above entitled matter which is set for trial beginning October 16, 2017.

2. That a pretrial conference was held on the matter on October 2, 2017, which the plaintiff attended.

3. That in discussions with the plaintiff at the conclusion of the pretrial conference, plaintiff appeared satisfied with the progression of the case.

4. That in discussions with the plaintiff on today, October 3, 2017, the plaintiff reverted to theories about his case that movant had over the several months explained to plaintiff were not advantagous to his case, or would not be allowed per earlier court orders. That movant believed, until today, that plaintiff understood

5. That plaintiff insists that he be allowed to present his theories in the manner he desires and has expressed his desire that movant not represent him.

6. That Section (3) of L. R. 83.38 provides for relief from assignment where "a substantial disagreement on litigation strategy exists between counsel and the party."

7.      That herein counsel advised Mr. Stubblefied that she would be filing an emergency motion to withdraw from representing him.

WHEREFORE, Movant, Patricia E. Bender, assigned counsel for Jared Stubblefield, prays for entry of an order granting her Emergency Motion for Relief of Assignment pursuant to L.R.83.38(3).

Respectfully Submitted:

/s/ Patricia E. Bender
Patricia E. Bender

Patricia E. Bender
Attorney for Plaintiff
5415 N. Sheridan Rd. Suite 1411
Chicago, Illinois 60640
(773) 878-7148

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JARED STUBBLEFIELD,<br>    PLAINTIFF,<br><br>v.<br><br>CITY OF CHICAGO, ET. AL.,<br>    DEFENDANTS. | ) CASE NO: 14-cv-07351<br>)<br>) JUDGE: JOHN J. THARP JR.<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING EMERGENCY MOTION**

To: City of Chicago
    Delvin Schoop                      Mr. Jared Stubblefield
    Gregory M. Beck              6011 S. Damen
    30 N. LaSalle Street           Chicago, Illinois 60636
    Chicago, Illinois 60602

PLEASE TAKE NOTICE that on October 5, 2017, @ 9:00 a.m. or as soon as can be heard I shall appear before the United States District Court Judge John J. Tharp, Jr., in courtroom 1419, at the United States District Courthouse, 219 S. Dearborn, Chicago, Illinois and then and there present the hereto attached Emergency Motion for Relief From Assignment, a copy of said Motion is attached hereto and served upon you.

                                                       /s/ Patricia E. Bender
                                                          Patricia E. Bender

Patricia E. Bender
Attorney for Plaintiff'
5415 N. Sheridan Rd. Suite 1411
Chicago, Illinois 60640
(773) 878-7148

CERTIFICATE OF SERVICE

I, Patricia E. Bender, an attorney certify that on October 3, 2017, I caused the herein Emergency Notice and Motion to be served upon the above listed attorneys for defendants, by filing same through the electronic filing system, of which the listed attorneys for the defendants are upon information and belief registered e-fliers; and by e-mail/ U.S. Regular Mail to Plaintiff, Jared Stubblefield.

                                                       /s/ Patricia E. Bender
                                                        Patricia E. Bender