IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Jared Stubblefield, )
)
    Plaintiff, ) Case No. 2014 C 7351
)
v. ) Judge: Tharp
)
City of Chicago, )
)
)
    Defendants. )

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

*Patricia Bender* (signature)

Patricia Bender
Attorney for Plaintiff, Jared Stubblefield
5415 N. Sheridan Road, #1411
Chicago, Illinois 60640
(773) 878-7148
Attorney No. 0167940
DATE: 10/27/17

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

EDWARD N. SISKEL
Corporation Counsel
Attorney for City of Chicago

BY: (signature)
Gregory Beck
Assistant Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-5146
Attorney No. 6308565
DATE: 10/30/17