Court's Response to Jury Note #1
*Jared Stubblefield v. Scott Celani and James Tucker*
14 CV 7351

Question 1: "We are wondering if the plantiff was arrested before or after the drugs were recovered?"

Response: You must determine the facts based solely on the evidence that was presented at trial.

Question 2: "How can we make a determination with respect to claim 4 without knowing when the arrest was made?

Response: Your determination with respect to Claim 4 should be based on the instruction pertaining directly to that claim and all other relevant instructions you have been given.



FILED

OCT 19 2017

JUDGE JOHN J. THARP, JR.
UNITED STATES DISTRICT COURT

Court's Response to Jury Note #3
*Jared Stubblefield v. Scott Celani and James Tucker*
14 CV 7351

Question 1: "Based on the instructions, we don't understand whether a person can be arrested (not just given a citation) for not following the traffic code --> specifically, not signaling? We don't understand if the signaling is relevant to false arrest."

Response: A police officer may arrest a motorist for a traffic violation.

Question 2: "With regard to probable cause for either the second or third crimes listed in instructions, can probable cause be based on "poisoned fruit." That is, if the probable cause for either of these two crimes is based on an illegal search does that still count as probable cause?

Response: The question of whether probable cause to arrest exists does not involve consideration of whether the relevant information was lawfully obtained.



FILED
OCT 19 2017
JUDGE JOHN J. THARP, JR.
UNITED STATES DISTRICT COURT

Court's Response to Jury Note #4
*Jared Stubblefield v. Scott Celani and James Tucker*
14 CV 7351

Question 1: "If we are hung on any claims, do you need to know the vote counts?"

Response: If you send me a message, do not include the breakdown of any votes you may have conducted.

Question 2: "If we are hung on only a subset of the claims, do we tell you which claims we reached an agreement?"

Response: It is premature to address this question. Please continue your deliberations.



FILED
OCT 19 2017
JUDGE JOHN J. THARP, JR.
UNITED STATES DISTRICT COURT

Court's Response to Jury Note #5
*Jared Stubblefield v. Scott Celani and James Tucker*
14 CV 7351

Question: "Who determines the definition of an 'objectively reasonable police officer'—what is that definition"

Response: The jury. As jurors you have two duties. Your first duty is to decide the facts from the evidence that you saw and heard in court. Your second duty is to take the instructions of law and apply them to the facts and, as to each claim, decide if the plaintiff has proved the claim by a preponderance of the evidence.



FILED

OCT 19 2017

JUDGE JOHN J. THARP, JR.
UNITED STATES DISTRICT COURT